UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor,<br>United States Department of Labor,<br>Mine Safety and Health Administration,<br><br>      Plaintiff,<br><br>v.<br><br>D & C MINING CORPORATION<br><br>      Defendant. | Civil Action No. _____ |

## COMPLAINT

Plaintiff, HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, Mine Safety and Health Administration, brings this action against Defendant D & C MINING CORPORATION to collect civil penalties and other amounts owed to the United States under the Mine Safety and Health Act of 1977, as amended, 30 U.S.C. § 801 et seq. ("Mine Act"), and the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, et seq., as applicable.

### A. JURISDICTION

Jurisdiction of this action is conferred upon this Court by Sections 108(a)(1) and 110(j) of the Mine Act, 30 U.S.C. §§ 818(a)(1) and 820(j).

### B. VENUE

Since the subject matter of this action occurred in Harlan County, Kentucky, venue of this action lies in the United States District Court for the Eastern District of Kentucky, London Division, pursuant to Sections 108(a)(1) and 110(j) of the Mine Act, 30 U.S.C. §§ 818(a)(1) and 820(j).

1

## C. D & C MINING CORPORATION IS AN OPERATOR OF A COAL OR OTHER MINE

1. At all relevant times, Defendant D & C MINING CORPORATION was a company engaged in the business of mining bituminous coal in Harlan County, Kentucky, within the jurisdiction of this Court.

2. At all relevant times, Defendant D & C MINING CORPORATION was an "operator" within the meaning of Section 3(d) of the Mine Act, 30 U.S.C. § 802(d).

3. At all relevant times, Defendant D & C MINING CORPORATION operated an underground mine designated as D & C Mining Corporation Mine ("the Mine").

4. At all relevant times, the Mine was a "coal or other mine" within the meaning of Section 3(h) of the Mine Act, 30 U.S.C. § 802(h).

5. At all relevant times, Defendant D & C MINING CORPORATION'S mining operations entered commerce, or the operations or products of which affected commerce, within the meaning of Section 4 of the Mine Act, 30 U.S.C. § 803.

## D. CIVIL PENALTIES OWED TO THE UNITED STATES

6. Between on or about January 24, 2006, and February 8, 2012, the Mine Safety and Health Administration ("MSHA") issued approximately one thousand two hundred forty four (1,244) citations and orders to Defendant D & C MINING CORPORATION for violations of the Mine Act at the Mine that have become final orders within the meaning of Sections 105(a) and 105(d) of the Mine Act, 30 U.S.C. §§ 815(a) and 815 (d).

7. With respect to the approximately one thousand two hundred forty four (1,244) citations and orders referred to in paragraph 6, above, MSHA assessed civil penalties for each violation pursuant to Section 110(a) of the Mine Act, 30 U.S.C. § 820(a), totaling $2,774,186.00.

8. Of the principal amount described in Paragraph 7, above, $1,673,210.51, is still due and owing to the United States.

9. On April 11, 2011, a demand letter was mailed to Defendant D & C MINING CORPORATION informing Defendant D & C MINING CORPORATION of unpaid civil penalties and likely legal action in the event payment is not received.

## E. LIABILITY

10. As an operator of the coal or other mine for which the citations and penalties described in Section (D), above, were issued, Defendant D & C MINING CORPORATION is liable for the unpaid civil penalties pursuant to Section 110(j) of the Mine Act, 30 U.S.C. § 820(j).

## F. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for the following relief:

11. A Judgment against Defendant D & C MINING CORPORATION for the principal amount of unpaid civil penalties ($1,673,210.51) and administrative costs ($410.00) owed to the United States for Mine Act violations, in an amount not less than $1,680,666.51;

12. A Judgment against Defendant D & C MINING CORPORATION for interest on the principal amount of the unpaid civil penalties, at the rate of 8% per annum as authorized by Section 110(j) of the Mine Act, 30 U.S.C. § 820(j), in an amount not less than $255,785.71 as of February 8, 2012, plus interest accruing after February 8, 2012.

13. A Judgment against Defendant D & C MINING CORPORATION for penalty charges on the principal amount of the unpaid civil penalties, at the rate of 6% per annum as authorized by the Debt Collection Improvement Act, 31 U.S.C. § 3717(e)(2), in an amount not less that $167,023.86 as of February 8, 2012, plus interest accruing after February 8, 2012.

14. A Judgment against Defendant D & C MINING CORPORATION enjoining Defendant D & C MINING CORPORATION from violating or failing or refusing to comply with any final orders issued under the Mine Act by failing to pay already delinquent civil money penalties for violations of the Mine Act and its standards.

15. A Judgment against Defendant D & C MINING CORPORATION enjoining Defendant D & C MINING CORPORATION from violating or failing or refusing to comply with any final orders issued under the Mine Act by failing to pay future civil money penalties properly assessed and adjudicated for Mine Act violations.

16. A Judgment against Defendant D & C MINING CORPORATION requiring Defendant D & C MINING CORPORATION to post an appropriate bond with MSHA to guarantee future compliance with the Mine Act, including the payment of final orders issued under the Mine Act.

17. A Judgment for all other appropriate relief.

Respectfully submitted,

M. PATRICIA SMITH
Solicitor Labor

HEIDI STRASSLER
Associate Solicitor for Mine Safety and Health

JASON GROVER
Co-Counsel for Trial Litigation

_Joshua P. Falk by Cheryl Morgan_
JOSHUA P. FALK
Trial Attorney
U. S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
Division of Mine Safety & Health
1100 Wilson Boulevard, 22nd Floor
Arlington, Virginia 22209-2296


KERRY B. HARVEY
UNITED STATES ATTORNEY

_Cheryl Morgan_
CHERYL MORGAN
Assistant United States Attorney
Eastern District of Kentucky

5